ACCEPTED
12-15-00004-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/20/2015 12:42:54 PM
CATHY LUSK
CLERK

Case No. 12-15-00004-CV

IN THE

**TWELFTH COURT OF APPEALS**

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/20/2015 12:42:54 PM
CATHY S. LUSK
Clerk

_____

RON SEALE, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE
ESTATE OF CLARA LAVINIA SEALE,
*Appellant,*

v.

HORACE TRUETT SEALE AND WIFE, NAN SEALE,
*Appellees.*

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE
APPELLATE BRIEF (RULE 38.6(d))**
_____

**TO THE HONORABLE COURT OF APPEALS:**

Comes now Appellant, Ron Seale, Individually and as the Representative of the Estate of Clara Lavinia Seale, Deceased, and presents this his motion for extension of time to file appellant's brief and in support thereof would respectfully show unto the Court as follows:

I.

That counsel for the Appellant is scheduled for an annual vacation from March 19, 2015 to March 27, 2015, outside the state.

1

## II.

That Appellant's counsel is set for jury trial from March 31, 2015 to April 3, 2015.

## III.

That during the past thirty (30) days, counsel for the Appellant has had the following scheduled:

| | | |
|---|---|---|
| Federal Administrative Hearings | – | 12 |
| Depositions | - | 6 |
| Mediations | - | 1 |
| Court Settings | - | 9 |

As a result, counsel for the Appellant has been unable to prepare the Appellant's brief.

## IV.

No previous extensions have been granted by the Court and none have been requested.

## V.

The extension of time requested will not prejudice or inconvenience Appellees in any manner, nor will the time for submission of this case be extended by granting an extension of time in which to file Appellant's brief.

## VI.

Richard L. Ray, counsel for Appellant has attempted to conference with John F. (Jack) Walker, III, Martin Walker, P.C., counsel for Appellees, on March 20, 2015, concerning the requested extension and was told by Mr. Walker's staff that he informed by email that he does not opposes this motion.

## **PRAYER FOR RELIEF**

Therefore, Appellant respectfully requests that the Court issue an order extending the time for filing the Appellant's brief in the above case to May 1, 2015.

Respectfully submitted,

RAY & THATCHER,
ATTORNEYS AT LAW, PC

/s/ Richard L. Ray
RICHARD L. RAY
State Bar No. 16606300
VICTORIA RAY THATCHER
State Bar No. 24054462
300 South Trade Days Blvd.
Canton, Texas 75103
903-567-2051
903-567-6998 (fax)
rlray@rayandthatcher.com
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I, Richard L. Ray, do hereby certify that I attempted to conference with John F. (Jack) Walker, III on March 20, 2015, for purposes of this Certificate of Conference, and was told by Mr. Walker's staff that he informed by email he is not opposed to Appellant's Motion for Extension of Time to File Brief (Rule 38.6(d)).

/s/ Richard L. Ray
RICHARD L. RAY

# CERTIFICATION

I certify that a copy of this motion has been provided to all the following counsel of record this the 20th day of March, 2015:

John F. (Jack) Walker, III
Martin Walker, P.C.
The Arcadia Theater
121 N. Spring Avenue
Tyler, Texas 75702
(903) 595-0796 – fax.

/s/ Richard L. Ray
RICHARD L. RAY